JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA MENENDEZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GLOBAL LENDING SERVICES, LLC, et al.,<br><br>　　　　　Defendants. | Case No. CV 24-10566-MWF(SKx)<br><br>ORDER GRANTING STIPULATION TO DISMISS THE ENTIRE CASE |

The Court has considered the Stipulation to Dismiss the Entire Case filed by Plaintiffs Diana Menendez and Steve Menendez and Defendants Global Lending Services LLC, ALSR Holdings, LLC dba Resolvion GP, and Swift Recovery Group, Inc. (the "Stipulation"). (Docket No. 31). For good cause shown, the Stipulation is GRANTED. This action is DISMISSED with prejudice in its entirety, and each party shall bear their own attorneys' fees and costs.

　　　　IT IS SO ORDERED.

Dated: October 23, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-